1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 CHERYL THORNTON,                              Case No. 21-cv-02938-SI

8              Plaintiff,

9        v.                                    **PRETRIAL SCHEDULING ORDER (CIVIL)**

10 CITY & COUNTY OF SAN FRANCISCO,

11             Defendant.

12

13 It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

14 FURTHER CASE MANAGEMENT: 10/22/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

15

16 DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

17 NON-EXPERT DISCOVERY CUTOFF is: 5/6/2022.

18

19 DESIGNATION OF EXPERTS: 6/27/2022; REBUTTAL: 7/8/2022;
        Parties **SHALL** conform to Rule 26(a)(2).

20

21 EXPERT DISCOVERY CUTOFF is: 7/29/2022.

22 DISPOSITIVE MOTIONS **SHALL** be filed by; 9/9/2022;
        Opp. Due: 9/23/2022; Reply Due: 9/30/2022;

23      and set for hearing no later than 10/14/2022 at 10:00 AM.

24 PRETRIAL PAPERWORK due: 11/1/2022.
PRETRIAL CONFERENCE DATE: 11/15/2022 at 3:30 PM.

25

26 JURY TRIAL DATE: 11/28/2022 at 8:30 AM.
        Courtroom 1, 17th floor.

27

28 SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.


     **IT IS SO ORDERED**.


Dated: July 23, 2021

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California